■ ROGER BOMMER et al., Respondents, v. POIRIER & McLANE CORPORATION, Appellant, et al., Defendant.— Order affirmed, with $10 costs and disbursements, without prejudice to appellant's taking further proceedings to obtain a bill of particulars, if so advised. All concur. (Appeal from an order of Genesee Special Term vacating a demand of defendant for a bill of particulars in a trespass action.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of FRANK J. GRIMM, Individually and as District Councilman of the City of Buffalo, Respondent, against CITY OF BUFFALO et al., Appellants, et al., Respondents.— Order affirmed, without costs of this appeal to any party. (See Per Curiam opinion filed in companion case of Baldwin v. City of Buffalo, 7 A D 2d 386.) Memorandum: The Corporation Counsel conceded upon the argument of this appeal that if the complaint in the companion action is legally sufficient, the order of Special Term denying the motion to dismiss the petition in this article 78 proceeding relating to the change in the councilmanic district boundaries should be affirmed. All concur. (Appeal from an order of Erie Special Term denying a motion by defendants Manguso, Cooley and the City of Buffalo for a dismissal of petitioner's petition.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ. [15 Misc 2d 607.]

■ FRANKLIN M. DOWN, Plaintiff, v. IVERSON CONSTRUCTION COMPANY et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ KINGMAN BASSETT, Respondent, v. ROBERT S. BASSETT et al., Appellants.— Appeals dismissed unless printed records and briefs are filed and served on or before April 6, 1959, and in all other respects, motion denied. The pendency of the appeals should not cause the deferring of the making of a motion for summary judgment if the defendants are advised to make such a motion.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN J. CARTER, Appellant.— Motion to appeal as a poor person, and for other relief, denied on the ground that the papers fail to show merit to the appeal.

■ WILLIAM McENTEE, Respondent, v. STATE OF NEW YORK, Appellant. — Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ GRACE I. SCHNEIDER et al., Plaintiffs, v. TOWN OF WEBSTER, Defendant.— Appeal dismissed, without costs, upon stipulation.

## FIRST DEPARTMENT, APRIL, 1959

### (April 2, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH STAIGER.— Motion denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Accounting of A. LOEB SALKIN, as Trustee, etc., Respondent. THEODORE LIPIN, as Donor, Appellant.— Motion granted to the extent of staying petitioner-respondent from destroying or suffering to be destroyed any records of Presto Lock Company pending the hearing and determination of the appeal. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.